# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GINA CHAMPION,** | ) Case No. 2:10-cv-07341-SVW -RZ |
| Plaintiff, | ) **ORDER (JS-6)** |
| vs. | ) |
| **PROFESSIONAL COLLECTION CONSULTANTS,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 27th day of February, 2012.

_____
The Honorable Stephen V. Wilson

Order to Dismiss - 1